**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  06-cv-00633-LTB-PAC

STEVE MARSON and
GERALDINE MARSON,

       Plaintiff,

v.

TREVOR HOLLYN TAUB,

       Defendant.
_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK


     The Motion to Withdraw as Counsel (Doc 6 - filed June 16, 2006) is GRANTED. Glendon L. Laird and the law firm of White and Steele, PC, are allowed to withdraw as counsel for Defendant herein.


Dated:  June 30, 2006
_____