## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No.  06-cv-00633-LTB-PAC

STEVEN MARSON, and
GERALDINE MARSON,

       Plaintiffs,

v.

TREVOR HOLLYN TAUB,

       Defendant.
_____

## ORDER OF DISMISSAL
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc #14 - filed September 14, 2006), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                              BY THE COURT:


                                s/Lewis T. Babcock
                              Lewis T. Babcock, Chief Judge

DATED:   September 15, 2006